DILLON, Appellant, v. MANDELBAUM, Respondent. (Supreme Court, Appellate Di-

vision, Second Department. March 22, 1906.) Action by Alexander Dillon against Rose Mandelbaum. No opinion. Judgment of the Municipal Court affirmed by default, with costs.